Praveen K. Khurana, Pro se
108 S. Jefferson St., Apt. 307
Spokane, WA 99201, 208-413-0165, Matman00us@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In re:
PRAVEEN KEVIN KHURANA,
Debtor.

Case No. 25-01500-FPC11

---

# NOTICE REGARDING PENDING APPEAL AND RESERVATION OF APPELLATE RIGHTS

COMES NOW Appellant/Debtor Praveen Kevin Khurana, appearing pro se, and files this Notice regarding the Court's Final Decree and closure of the above-captioned case entered on May 27, 2026.

Appellant respectfully states as follows:

1. Appellant has a pending appeal before the United States Court of Appeals for the Ninth Circuit arising from orders entered in this case.
2. Appellant files this Notice to clarify that the administrative closure of the bankruptcy case does not moot, waive, extinguish, or otherwise impair the pending appeal or Appellant's appellate rights.
3. Appellant expressly reserves all rights, arguments, objections, and remedies in the pending appellate proceedings.

DATED this 30th day of May, 2026.

______________________

Praveen Kevin Khurana